UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| KATHLEEN JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:16-cv-00621-JAW |
| | ) | |
| STATE OF MAINE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE AMENDED
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed December 27, 2016 (ECF No. 7), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint (ECF No. 1) be and hereby is DISMISSED.

SO ORDERED.

    /s/ John A. Woodcock, Jr.
    JOHN A. WOODCOCK, JR.
    UNITED STATES DISTRICT JUDGE

Dated this 26th day of January, 2017